# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 1

| Case No.: | 12-32376-DSO | Trustee Name: | Samuel D. Sweet |
|---|---|---|---|
| Case Name: | KOLESZAR, JAMES | Date Filed (f) or Converted (c): | 05/31/2012 (f) |
| For the Period Ending: | 03/31/2013 | §341(a) Meeting Date: | 07/12/2012 |
| | | Claims Bar Date: | 11/14/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Location: 4095 Pinehurst, Howell MI 48843 | $300,000.00 | $0.00 | | $0.00 | FA |
| 2 | Security Credit Union: checkings and accounts | $5,500.00 | $0.00 | | $0.00 | FA |
| 3 | Misc. used furniture and consumer electronics | $4,500.00 | $0.00 | | $0.00 | FA |
| 4 | Artwork, pictures, and books | $250.00 | $0.00 | | $0.00 | FA |
| 5 | Personal clothing | $500.00 | $0.00 | | $0.00 | FA |
| 6 | jewelry held for personal use including wedding ring | $1,000.00 | $0.00 | | $0.00 | FA |
| 7 | IRA | $30.00 | $0.00 | | $0.00 | FA |
| 8 | 50% owner of Needa Parts Manufacturing, Inc. Assets were recently liquidated by secured creditor and business is no longer operating. Sole remaining asset of the business is a pending lawsuit against O'Reilly Auto Parts. | $1.00 | Unknown | | $0.00 | Unknown |
| 9 | 2003 Chevrolet Suburban (250,000 miles) | $3,500.00 | $0.00 | | $0.00 | FA |
| 10 | 2006 Pontiac Grand Prix | $7,500.00 | $0.00 | | $0.00 | FA |
| 11 | 2010 Lexus ES350 (owned jointly with wife) | $27,000.00 | $0.00 | | $0.00 | FA |
| 12 | misc. computers, computer equipment leftover from business | $1,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Asset**

| | $350,781.00 | $0.00 | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

08/16/2012     Trustee is investigating the pending lawsuit against O'Reilly Auto Parts

03/29/2013     Trustee will be closing this case as a no asset promptly as the asset at issue is of no value for this estate.

**Initial Projected Date Of Final Report (TFR):** 05/31/2014     **Current Projected Date Of Final Report (TFR):** 05/31/2014     /s/ SAMUEL D. SWEET

SAMUEL D. SWEET